# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 00-09565-RMT** | Date | **April 10, 2008** |
|---|---|---|---|

| Title | UNITED STATES OF AMERICA -v- ELEVEN FIREARMS |
|---|---|

| Present: The Honorable | ROBERT M. TAKASUGI, SENIOR U. S. DISTRICT JUDGE |
|---|---|

| Linda Williams | Not Reported | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney NOT Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven R. Welk, Assistant U. S. Attorney | None |

**Proceedings:**  (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On April 27, 2006, Counsel requested a stay of the matter to and including November 17, 2006, to allow a related criminal matter to be completed. Counsel were to file a joint report on or before November 9, 2006.

The Court has not received a joint report, nor has the Court been advised as to the status of the related criminal case. (The Court has been informed by the courtroom deputy the criminal case has been affirmed by the Ninth Circuit Court of Appeals on January 22, 2007)

Plaintiff is ordered to show cause in writing no later than April 25, 2008, why this action should not be dismissed for lack of prosecution.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

cc: Elliot E. Stanford, Esq.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | ljw |